IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel

Civil Action No.  15-cv-00617-WYD

ROBERT A. MEADE,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## ORDER

---

Daniel, J.

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [ECF Doc. No. 19], and good cause appearing, it is hereby

ORDERED that Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [ECF Doc. No. 19], filed December 14, 2015, is **GRANTED.**  It is further

**ORDERED** that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g)[1] and **REMANDED** to the Commissioner for further administrative proceedings.

---

[1]  The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

Dated: December 15, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE